IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>DONALD RAY BENTLEY,<br><br>               Defendant. | )<br>)<br>)  CASE NO.  CR 06-09–S-MHW<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>) |

The Jury Trial for this matter set for Wednesday, August 16, 2006 is HEREBY VACATED and RESET for *October 3, 2006 at 9:30 am* before the Honorable Mikel H. Williams at the United States Courthouse in Boise, Idaho.

The parties shall submit all pretrial motions *no later than August 11, 2006*.  All motions will be heard at the Pretrial Conference set for *September 15, 2006*.

**IT IS SO ORDERED.**

DATED: August 1, 2006

Honorable Mikel H. Williams
United States Magistrate Judge

Order - page 1